No. 65173.—L. E. Kriener-Hopkins v. United States, protest 202289–K (Cleveland).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown* et al. (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.